TERESITA M. LARRAZABAL, PRO SE
3308 Windsor Park Court
Englewood, NJ 07631
Tel: (201) 887-2009

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERESITA M. LARRAZABAL<br><br>*Plaintiff,*<br><br>v.<br><br>JANET NAPOLITANO, ET AL.,<br><br>*Defendants.* | HON. PETER G. SHERIDAN<br><br>Civil Action No. 2:09-cv-4651-PGS<br><br>NOTICE OF DISMISSAL |

Plaintiff Teresita M. Larrazabal, having become a naturalized United States citizen on October 13, 2009, hereby voluntarily dismisses the above-captioned lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

For Plaintiff

_____
TERESITA M. LARRAZABAL, *pro se*
3308 Windsor Park Court
Englewood, NJ 07631
Tel: (201) 887-2009

Dated: October 24, 2009

SO ORDERED: _[signature]_
DATED: 11/4/09